# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEVIN REISS, et al.,<br><br>Defendants. | Case No.: 2:18-cv-2409-APG-VCF<br><br>**ORDER TRANSFERRING CASE**<br><br>[ECF No. 30] |

The defendants filed a notice that this case is related to case number 2:16-cv-01299-RFB-GWF. ECF No. 30. The court may assign related actions to a single district judge and magistrate judge. See LR 42-1(a). This case will be transferred to District Judge Boulware in the interest of the efficient disposition of this case in light of its relationship to the other case pending before him. All future filings in this case shall bear Case No.: 2:18-cv-2409-RFB-VCF.

IT IS THEREFORE ORDERED that this case is reassigned to Judge Boulware for all further proceedings.

Dated: January 18, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE