# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES, INC., *et al.*,

    Plaintiffs,

vs.

DEVIN REISS, *et al.*,

    Defendants.

2:18-cv-02409-APG-VCF

**ORDER**

Before the court is Defendants' Motion to Extend Time to File Answer to Plaintiffs' Complaint (ECF No. 23).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendants' Motion to Extend Time to File Answer to Plaintiffs' Complaint (ECF No. 23) is scheduled for 10:00 AM, February 15, 2019, in Courtroom 3D.

The time for all defendants to respond to plaintiffs' Complaint is stayed pending further order of the court.

Individual Defendants Perry White and Gordon Allred must attend this hearing in person. Corporate Defendants M&M Inc. and M&M of Nevada must attend in person through and officer, director or managing agent with power to bind the corporation.

DATED this 28th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE