AARON D. FORD
  Attorney General
VIVIENNE RAKOWSKY, Bar No. 9160
  Deputy Attorney General
PATTY L. WALSH, Bar No. 14431
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington, Ste. 3900
Las Vegas, NV 89101
Tel: (702) 486-3420
Fax: (702) 486-3416
Email: vrakowsky@ag.nv.gov
Email: pwalsh@ag.nv.gov

*Attorneys for State Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES, INC., MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES OF NEVADA, INC., PERRY WHITE and GORDON ALLRED,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEVIN REISS, LEE K. BARRETT, NEIL SCHWARTZ, NORMA JEAN OPATIK, WAYNE CAPURRO, RICHARD "DICK" JOHNSON, JAN HOLLE, the NEVADA REAL ESTATE COMMISSION, the NEVADA REAL ESTATE DIVISION, and JOHN or JANE DOES 1-10,<br><br>    Defendants. | Case No. 2:18-cv-02409-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND** |

Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, , and Vivienne Rakowsky, Deputy Attorney General, and Plaintiffs, by and through their counsel Dan R. Waite, Esq., hereby Stipulate as follows:

/ / /

/ / /

1

Defendants' time to respond to the First Amended Complaint will be extended to December 6, 2019.

| | |
|---|---|
| AARON D. FORD<br>Attorney General | LEWIS ROCA ROTHBERGER<br>CHRISTIE LLP |
| By: /s/ Vivienne Rakowsky<br>VIVIENNE RAKOWSKY (Bar No. 9160)<br>Deputy Attorney General<br>DAVID J. POPE (Bar No. 8617)<br>Chief Deputy Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* | By:/s/ Dan R. Waite<br>DAN R. WAITE (Bar No. 4078)<br>3993 Howard Hughes Pkwy.<br>Ste. 600<br>Las Vegas, NV 89169<br>*Attorneys for Plaintiffs* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-25-2019

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on November 22, 2019, I filed the foregoing document, **STIPULATION TO EXTEND TIME TO RESPOND** via this Court's electronic filing system. The following parties are registered with this Court's EFS and will be served electronically.

Daniel R. Waite, Esq.
3993 Howard Hughes Pkwy, Ste. 600
Las Vegas, NV 89169

Evan A. Fetters, Esq.
Tyler A. Theobald, Esq.
Spencer H. Reed, Esq.
**Office of the General Counsel of Marcus & Millichap Real Estate Investment Services Inc.,**
111 S. Main St., Ste. 500
Salt Lake City, UT 84111

Shwan T. Richards, Esq.
Christopher S. Hill, Esq.
**Kirton McConkie**
36 S. State St., Ste 1900
Salt Lake City, UT 84111

The following party is not registered with this Court's EFS system and therefore a prepaid copy has been placed in the U.S. mail:

G. Robert Blakey, Esq.
William J. & Dorothy K. O'Neill
**Notre Dame Law School**
7002 East San Miguel Ave.
Paradise Valley, AZ 85352

/s/ Marilyn Millam
An employee of the
Office of the Nevada Attorney General