| | |
|---|---|
| Evan A. Fetters (Utah Bar # 16045) | Shawn T. Richards (Utah Bar # 11949) |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |
| Tyler A. Theobald (California Bar # 254215) | Christopher S. Hill (Utah Bar # 9931) |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |
| Spencer H. Reed (Utah Bar # 13338) | **KIRTON | MCCONKIE** |
| *Admitted Pro Hac Vice* | 36 S. State Street, Suite 1900 |
| **OFFICE OF THE GENERAL COUNSEL OF MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES, INC.** | Salt Lake City, UT 84111 |
| | Tel: (801) 328-3600 |
| | Fax: (801) 212-2019 |
| 111 South Main Street, Suite 500 | srichards@kmclaw.com |
| Salt Lake City, UT 84111 | chill@kmclaw.com |
| Tel: (801) 736-2627 | |
| Fax: (801) 736-2610 | |
| evan.fetters@marcusmillichap.com | |
| tyler.theobald@marcusmillichap.com | |
| spencer.reed@marcusmillichap.com | |
| | |
| Dan R. Waite (Nev. Bar # 4078) | **G. Robert Blakey** (D.C. Bar # 424844) |
| **LEWIS ROCA ROTHGERBER CHRISTIE LLP** | *Admitted Pro Hac Vice* |
| 3993 Howard Hughes Parkway, Suite 600 | William J. & Dorothy K. O'Neill |
| Las Vegas, NV 89169 | Professor of Law |
| Tel: (702) 949-8200 | Notre Dame Law School[1] |
| Fax: (702) 949-8398 | 7002 East San Miguel Ave. |
| dwaite@lrrc.com | Paradise Valley, AZ 85352 |
| | Tel: (574) 514-8220 |
| | blakey.1@nd.edu |

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES, INC., MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES OF NEVADA, INC., PERRY WHITE, and GORDON ALLRED,<br><br>Plaintiffs,<br>v.<br><br>DEVIN REISS, LEE K. BARRETT, NEIL SCHWARTZ, NORMA JEAN OPATIK, WAYNE CAPURRO, RICHARD "DICK" JOHNSON, JAN HOLLE, the NEVADA REAL ESTATE COMMISSION, the NEVADA REAL ESTATE DIVISION, and JOHN or JANE DOES 1-10,<br><br>Defendants. | Case No.: 2:18-cv-02409-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE** |

---

[1] For purposes of identification only.

112474099.1

Plaintiffs, Marcus & Millichap Real Estate Investment Services, Inc., Marcus & Millichap Real Estate Investments Services of Nevada, Inc., Perry White, and Gordon Allred (collectively "Plaintiffs"), by and through their undersigned counsel, and Defendants Devin Reiss, Lee K. Barrett, Neil Schwartz, Norma Jean Opatik, Wayne Capurro, Richard "Dick" Johnson, Jan Holle, the Nevada Real Estate Commission and the Nevada Real Estate Division (collectively "Defendants"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1. This action may be dismissed in its entirety, without prejudice, each party to bear their own attorneys' fees and costs.

Dated this 6th day of October, 2020                    Dated this 6th day of October, 2020

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**                **OFFICE OF THE ATTORNEY GENERAL**

By: */s/ Dan R. Waite*                                 By   */s/ Vivienne Rakowsky*
Dan R. Waite (Nev. Bar #4078)                          Aaron D. Ford (Nev. Bar # 7704)
3993 Howard Hughes Parkway, Suite 600                  Vivienne Rakowsky (Nev. Bar # 9160)
Las Vegas, NV 89169                                    Patty L. Walsh (Nev. Bar # 14431)
Tel: (702) 949-8200                                    555 E. Washington Ste. 3900
Fax: (702) 949-8398                                    Las Vegas, NV 89101
dwaite@lrrc.com                                        aford@ag.nv.gov
*Attorney for Plaintiffs*                              vrakowsky@ag.nv.gov
                                                       pwalsh@ag.nv.gov
                                                       *Attorneys for Defendants*

### ORDER

**IT IS SO ORDERED**.  This action is dismissed in its entirety, without prejudice, each party to bear their own fees and costs.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   11th day of October, 2020.

- 2 -

112474099.1